## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**RALPH XAVIER PEREZ,**

    Plaintiff,

vs.                             Case No: **8:09-CV-261-T-33-MAP**

**OFFICER HOLT, et. al.**

    Defendants.

_____/

## PLAINTIFF MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915 (e), Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion Plaintiff states:

1. Defendant's motion for summary judgment was denied May 4th, 2010 (DOC. # 73) and this case appears to be going to trial.

2. A trial in this case will likely involve conflicting testimony and credibility issues. A lawyer would assist Plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

LEGAL MAIL PROVIDED TO WAKULLA CI ANNEX  MAY 19 2010  FOR MAILING

3. Plaintiff has been unable to pay for and obtain requested documents from defendants and will be unable to depose incarcerated and jail/prison staff witnesses.

4. Plaintiff imprisonment greatly limits his ability to litigate this case. A lawyer would help Plaintiff in the research, investigation, discovery of documents, and to apply the law properly before the court.

5. Plaintiff cannot afford to hire a lawyer and has made repeated efforts to obtain a lawyer's assistance. (DOC. # 46)

**WHEREFORE**, Plaintiff requests that the court appoint counsel to represent him in this case.

Respectfully Submitted,

_____
Ralph Xavier Perez, *pro se*

## UNNOTARIZED OATH

Under penalties of perjury I declare that the foregoing motion for appointment of counsel is true and correct is true and correct. Signed on this 19 day of May, 2010.

_____
Ralph Xavier Perez

## **CERTIFICATE OF SERVICE**

I certify that I placed a copy of this motion in the hands of prison officials for mailing to: Jack P. James, III, at P.O. Box 2369, Lakeland, Florida 33806-2369. On this 19 day of May, 2010.

Ralph Xavier Pérez D.C. 349548
Wakulla Correctional Inst. (Annex)
110 Melaleuca Drive
Crawfordville, Florida 32327