UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH XAVIER PEREZ,

Plaintiff,

vs.  CASE NO.: 8:09-cv-261-T-33MAP

OFFICER HJORT, et al.,

Defendants.
_____/

## MOTION TO BE APPOINTED AS *PRO BONO* COUNSEL

Pursuant to 28 U.S.C. Section 1915(e), George E. "Buddy" Schulz, Jr. and Kenneth J. "Jayme" Idle of Holland & Knight LLP respectfully request the Court to appoint them as *pro bono* counsel on behalf of the Plaintiff in this matter. The grounds supporting this motion are set forth in the following Memorandum.

## MEMORANDUM

I.   **Background**

Plaintiff is incarcerated at the Wakulla Correctional Institution in Crawfordville, Florida. He has brought this civil rights action pursuant to 42 U.S.C. Section 1983 *pro se*. After summary judgment was entered by this Court on May 4, 2010, the remaining civil rights violation to be tried involves excessive use of force.

Undersigned counsels' law firm was contacted by the Court and was asked to accept appointment as counsel on behalf of the Plaintiff in this matter. Counsel has reviewed the claims and are of the opinion that they appear on their face to present prima facie claims of constitutional

violations. Mr. Schulz and Mr. Idle both represent to this Court that they are qualified to represent Plaintiff in a case of this nature.

Counsel are willing to serve *pro bono* as counsel to Plaintiff in this matter, with their attorneys' fees and costs to be paid, if at all, by the Defendants pursuant to 42 U.S.C. Section 1988(b) if Plaintiff is the prevailing party in this action.

## II. Legal Standard for Appointment of Counsel

Under 28 U.S.C. Section 1915(e), the Court has the discretion to "request an attorney to represent any person unable to afford counsel." The appointment of counsel is appropriate where the factual and legal issues are such that "the *pro se* litigant needs help in presenting the essential merits of his or her position to the court." *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993). Given the conflicting factual accounts of the incident and the fact Plaintiff is incarcerated, Plaintiff requires help in presenting his case to this Court.

## III. Protection from Trial

Due to previously scheduled court proceedings in other cases, undersigned counsel further requests this Court to refrain from, if possible, scheduling the trial date in this matter during the weeks of August 9th and 16, 2010. If at all possible, undersigned counsel requests a September, 2010 trial date in order to have enough time to properly prepare the case for trial.

## CONCLUSION

For these reasons, George E. "Buddy" Schulz, Jr. and Kenneth J. "Jayme" Idle of Holland & Knight LLP respectfully request the Court enter an Order appointing them counsel to the Plaintiff in this matter.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participant: RALPH XAVIER PEREZ, DC #349548, Wakulla Correctional Institute Annex, 110 Melaleuca Drive, Crawfordville, FL 32327-4963.

    Respectfully submitted,

    George E. "Buddy" Schulz, Jr. (FBN 169507)
    buddy.schulz@hklaw.com
    HOLLAND & KNIGHT LLP
    50 North Laura Street
    Suite 3900
    Jacksonville, Florida 32202
    Tel: (904) 353-2000
    Fax: (904) 358-1872

    and

    s/ Kenneth J. Idle
    Kenneth J. Idle (FBN 0020988)
    kenneth.idle@hklaw.com
    HOLLAND & KNIGHT LLP
    200 South Orange Avenue
    Suite 2600
    Orlando, Florida 32801
    Tel:(407) 425-8500
    Fax:(407) 244-5288

# 9512515_v1