UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH XAVIER PEREZ,

    Plaintiff,

v.                      Case No. 8:09-cv-261-T-33MAP

OFFICER HOLT, et al.,

    Defendants.
_____

## **O R D E R**

This cause is before the Court on George E. "Buddy" Schultz, Jr. and Kenneth J. "Jayme" Idle's request to be appointed as pro bono counsel on behalf of the Plaintiff in this matter. (Doc. 82). Having reviewed counsels' qualifications, and having reviewed Plaintiff's motion for appointment of counsel, the Court orders:

1. That George E. "Buddy" Schultz, Jr. and Kenneth J. "Jayme" Idle's request to be appointed as pro bono counsel on behalf of the Plaintiff in this matter (Doc. 82) is granted.

2. That Plaintiff's motion for appointment of counsel (Doc. 75) is granted pursuant to this order.

ORDERED at Tampa, Florida, on June 8, 2010.

                                      VIRGINIA M. HERNANDEZ COVINGTON
                                      UNITED STATES DISTRICT JUDGE

Counsel of Record
Ralph Xavier Perez